UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERATED LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>DAMON JOANIS; and ELIZABETH PABEN, as Personal Representative for the Estate of Elenya Herring,<br><br>Defendants | No. 2:23-cv-01726 RSM<br><br>**STIPULATION AND ORDER TO BRIEFLY EXTEND DEADLINE FOR DEFENDANT DAMON JOANIS TO ANSWER THE COMPLAINT AND TO EXTEND OTHER PRELIMINARY CASE DEADLINES**<br><br>**NOTE ON MOTION CALENDAR: MARCH 6, 2024** |

Pursuant to Western District of Washington Local Civil Rule 10(g), the parties, through their undersigned attorneys, stipulate and move as follows:

### I.   STIPULATION

The parties hereby stipulate and agree to extend the time for Defendant Joanis to file his Answer to Federated Complaint to March 18, 2024.

In addition, this Court recently granted a brief extension of the deadlines for Initial Disclosures and filing of the Joint Status Report and Discovery Plan. The deadline for Initial Disclosures is now March 18—the same day that Joanis' Answer would be due if this stipulated motion is granted.

Joanis has informed Federated Life Insurance Company ("Federated") that he intends to include counter-claims against Federated with his Answer. In order to allow Federated sufficient time to review the anticipated crossclaims and prepare its Initial Disclosures accordingly, the parties

STIPULATION AND ORDER
BRIEFLY EXTENDING DEADLINES – 1
2:23-cv-01726-MLP

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

agree to the deadline of April 1, 2024, for exchanging Initial Disclosures, and the deadline of April 8, 2024, for the parties to file the Joint Status Report and Discovery Plan.

DATED this 6th day of March 2024.

          LETHER LAW GROUP

          */s/ Kevin J. Kay*
          Kevin J. Kay, WSBA #34546
          1848 Westlake Avenue N, Suite 100
          Seattle, WA 98109
          P: (206) 467-5444/F: (206) 467-5544
          kkay@letherlaw.com
          *Counsel for Defendant Damon Joanis*

          BULLIVANT HOUSER BAILEY PC

          */s/ Matthew J. Sekits*
          Matthew J. Sekits, WSBA #26175
          925 Fourth Avenue, Suite 3800
          Seattle, WA 98104
          direct 206.521.6452 / main 206.292.8930
          matthew.sekits@bullivant.com
          *Counsel for Plaintiff Federated Life Insurance Company*

          HOLMQUIST & GARDINER PLLC

          */s/ Hamilton Harcourt Gardiner*
          Hamilton H Gardiner, WSBA #37827
          1000 Second avenue Suite 1770
          Seattle, WA 98122
          P: (206) 438-9083/ F: (206) 694-4601
          hamilton@lawhg.net
          *Attorney for Elizabeth Paben as Personal Representative for the Estate of Elenya Herring*

STIPULATION AND ORDER
BRIEFLY EXTENDING DEADLINES – 2
2:23-cv-01726-MLP

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

**ORDER**

IT IS SO ORDERED.

DATED this 7th day of March, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

LETHER LAW GROUP

*/s/ Kevin J. Kay*
Kevin J. Kay, WSBA #34546
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
P: (206) 467-5444/F: (206) 467-5544
kkay@letherlaw.com
*Counsel for Defendant Damon Joanis*

BULLIVANT HOUSER BAILEY PC

*/s/ Matthew J. Sekits*
Matthew J. Sekits, WSBA #26175
925 Fourth Avenue, Suite 3800
Seattle, WA 98104
direct 206.521.6452 / main 206.292.8930
matthew.sekits@bullivant.com
*Counsel for Plaintiff Federated Life Insurance Company*

HOLMQUIST & GARDINER PLLC

*/s/ Hamilton Harcourt Gardiner*
Hamilton H Gardiner, WSBA #37827
1000 Second avenue Suite 1770
Seattle, WA 98122
P: (206) 438-9083/ F: (206) 694-4601
hamilton@lawhg.net
*Attorney for Elizabeth Paben as Personal Representative for the Estate of Elenya Herring*

STIPULATION AND ORDER
BRIEFLY EXTENDING DEADLINES – 3
2:23-cv-01726-MLP

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under the penalty of perjury under the laws of the United States of America that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the parties mentioned below as indicated:

Matthew J. Sekits
Bullivant Houser Bailey PC
925 Fourth Avenue Suite 3800
Seattle, WA 98104
matthew.sekits@bullivant.com

Hamilton H Gardiner
Holmquist & Gardiner PLLC
1000 Second avenue Suite 1770
Seattle, WA 98122
P: (206) 438-9083/ F: (206) 694-4601
hamilton@lawhg.net

**By:**      ☐ **First Class Mail**      ☒ **ECF/Email**      ☐ **Legal Messenger**

Dated this 6th day of March 2024 at Seattle, Washington.

*/s/  Devon Sheehan*
Devon Sheehan | Paralegal

STIPULATION AND ORDER
BRIEFLY EXTENDING DEADLINES – 4
2:23-cv-01726-MLP

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544