UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERATED LIFE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DAMON JOANIS; and ELIZABETH PABEN, as Personal Representative for the Estate of Elenya Herring,<br><br>　　　　　Defendants | No. 2:23-cv-01726 RSM<br><br>**STIPULATION AND ORDER TO BRIEFLY EXTEND DEADLINE FOR DEFENDANT DAMON JOANIS TO ANSWER THE COMPLAINT AND ASSERT COUNTERCLAIMS**<br><br>**NOTE ON MOTION CALENDAR: MARCH 18, 2024** |

Pursuant to Western District of Washington Local Civil Rule 10(g), Plaintiff Federated Life Insurance Company and Defendant Damon Joanis, through their undersigned attorneys, stipulate and move as follows:

### I.　　STIPULATION

Plaintiff Federated Life Insurance Company and Defendant Damon Joanis, hereby stipulate and agree to extend the time for Defendant Joanis to file his Answer and Counterclaims to Federated Life Insurance Company's First Amended Complaint to March 20, 2024.

DATED this 18th day of March 2024.

LETHER LAW GROUP

*/s/ Kevin J. Kay*
Kevin J. Kay, WSBA #34546
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
P: (206) 467-5444/F: (206) 467-5544

STIPULATION AND ORDER
EXTENDING TIME TO ANSWER – 1
2:23-cv-01726-MLP

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

kkay@letherlaw.com
*Counsel for Defendant Damon Joanis*

BULLIVANT HOUSER BAILEY PC

*/s/ Matthew J. Sekits*
Matthew J. Sekits, WSBA #26175
925 Fourth Avenue, Suite 3800
Seattle, WA 98104
direct 206.521.6452 / main 206.292.8930
matthew.sekits@bullivant.com
*Counsel for Plaintiff Federated Life Insurance Company*

STIPULATION AND ORDER
EXTENDING TIME TO ANSWER – 2
2:23-cv-01726-MLP

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544

**ORDER**

IT IS SO ORDERED.

DATED this 25th day of March, 2024.

                                                            RICARDO S. MARTINEZ
                                                            UNITED STATES DISTRICT JUDGE

Presented by:

LETHER LAW GROUP

*/s/ Kevin J. Kay*
Kevin J. Kay, WSBA #34546
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
P: (206) 467-5444/F: (206) 467-5544
kkay@letherlaw.com
*Counsel for Defendant Damon Joanis*

BULLIVANT HOUSER BAILEY PC

*/s/ Matthew J. Sekits*
Matthew J. Sekits, WSBA #26175
925 Fourth Avenue, Suite 3800
Seattle, WA 98104
direct 206.521.6452 / main 206.292.8930
matthew.sekits@bullivant.com
*Counsel for Plaintiff Federated Life Insurance Company*

STIPULATION AND ORDER
EXTENDING TIME TO ANSWER – 3
2:23-cv-01726-MLP

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under the penalty of perjury under the laws of the United States of America that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the parties mentioned below as indicated:

Matthew J. Sekits
Pamela DeVet
Bullivant Houser Bailey PC
925 Fourth Avenue Suite 3800
Seattle, WA 98104
matthew.sekits@bullivant.com
pamel.devet@bullivant.com

Hamilton H Gardiner
Holmquist & Gardiner PLLC
1000 Second avenue Suite 1770
Seattle, WA 98122
P: (206) 438-9083/ F: (206) 694-4601
hamilton@lawhg.net

**By:**   ☐ **First Class Mail**   ☒ **ECF/Email**   ☐ **Legal Messenger**

Dated this 18th day of March 2024 at Seattle, Washington.

*/s/ Brittany Lang*
Brittany Lang | Paralegal

STIPULATION AND ORDER
EXTENDING TIME TO ANSWER – 4
2:23-cv-01726-MLP

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544