THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERATED LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DAMON JOANIS; and ELIZABETH PABEN, as Personal Representative for the Estate of Elenya Herring,<br><br>Defendants.<br><br>DAMON JOANIS,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>FEDERATED LIFE INSURANCE COMPANY,<br><br>Counterclaim Defendant, | No.: 2:23-cv-01726-RSM<br><br>STIPULATION AND ORDER TO EXTEND DEADLINE FOR FEDERATED LIFE INSURANCE COMPANY TO ANSWER ELIZABETH PABEN'S COUNTERCLAIMS<br><br>NOTED ON THE MOTION CALENDAR: July 1, 2024 |

Pursuant to Western District of Washington Local Civil Rule 10(g), Plaintiff Federated Life Insurance Company (Federated) and Defendant/Counterclaim Plaintiff Elizabeth Paben (Paben), through their undersigned attorneys, stipulate and move as follows:

STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO ANSWER PABEN'S COUNTERCLAIMS
2:23-CV-01726-RSM

PAGE 1

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

# I.  I. STIPULATION

Federated and Paben hereby stipulate and agree to extend the time for Federated to file its Answer to Paben's Counterclaims (Dkt. # 30) to July 9, 2024.

DATED:  July 2, 2024

| HOLMQUIST & GARDINER, PLLC | BULLIVANT HOUSER BAILEY PC |
|---|---|
| By */s/ Kelley A. Duggan*<br>  Kelley A. Duggan<br>  E-mail:  kelley@lawhg.net<br>  Hamilton H. Gardiner<br>  E-mail:  hamilton@lawhg.net | By */s/ Matthew J. Sekits*<br>  Matthew J. Sekits, WSBA #26175<br>  E-mail:  matthew.sekits@bullivant.com<br>  Pamela J. DeVet, WSBA #32882<br>  E-mail:  pamela.devet@bullivant.com |
| Counsel for Elizabeth Paben, Personal Rep For the Estate of Elenya Herring | Attorneys for Plaintiff Federated Life Insurance Company |

# ORDER

IT IS SO ORDERED.

DATED this 2nd day of July, 2024.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

BULLIVANT HOUSER BAILEY PC

By */s/ Matthew J. Sekits*

  Matthew J. Sekits, WSBA #26175
  E-mail:  matthew.sekits@bullivant.com

STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO ANSWER PABEN'S COUNTERCLAIMS
2:23-CV-01726-RSM

PAGE 2

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

Pamela J. DeVet, WSBA #32882
E-mail: pamela.devet@bullivant.com

Attorneys for Plaintiff Federated Life Insurance Company

# CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

| | |
|---|---|
| Kevin J. Kay<br>LETHER LAW GROUP<br>1848 Westlake Avenue N, Suite 100<br>Seattle, WA 98109<br>kkay@letherlaw.com<br><br>*Attorney for Defendant Damon Joanis* | ☐ via hand delivery.<br>☐ via first class mail.<br>☐ via email<br>☒ CM/ECF E-service |
| Hamilton H. Gardiner<br>Kelley A. Duggan<br>HOLMQUIST & GARDINER, PLLC<br>1000 Second Ave., Suite 1770<br>Seattle, WA 98104<br>hamilton@lawhg.net<br>kesha@lawhg.net<br>kelley@lawhg.net<br><br>*Attorneys for Defendant Elizabeth Paben* | ☐ via hand delivery.<br>☐ via first class mail.<br>☐ via email<br>☒ CM/ECF E-service |

Dated: July 2, 2024

*/s/ Kristin Anderson*
Kristin Anderson, Legal Assistant

STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO ANSWER PABEN'S COUNTERCLAIMS
2:23-CV-01726-RSM

PAGE 3

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930